**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL MURRAY, | ) | CASE NO. 07-06964 JDS |
| | ) | |
| | ) | JUDGE  JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN D. SCHWARTZ, BANKRUPTCY JUDGE

NOW COMES RICHARD M. FOGEL, TRUSTEE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.     RICHARD M. FOGEL, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 04/18/07. The Trustee was appointed on 04/18/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $608,050.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of May 1, 2008 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | 1,003.37 |
| b. | DISBURSEMENTS (See Exhibit C) | 8.35 |
| c. | NET CASH available for distribution | 995.02 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |

1.  Trustee compensation requested                          250.84

2.  Trustee Expenses                                          9.30

3.  Compensation requested by attorney or other
    professionals for trustee                                0.00

5.  The Bar Date for filing unsecured claims expired on 11/26/07.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a.  Allowed unpaid Secured Claims                            0.00

b.  Chapter 7 Administrative and 28 U.S.C. §1930 Claims      260.14

c.  Allowed Chapter 11 Administrative Claims                 0.00

d.  Allowed Priority Claims                                  0.00

e.  Allowed Unsecured Claims                               49,998.22

7.  Trustee proposes that unsecured creditors receive a distribution of 1.47% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $260.14. The total of Chapter 7 professional fees and expenses requested for final allowance is $260.14.

9.  A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated:   May 21, 2008                By:   /s/ Richard M. Fogel
                                           RICHARD M. FOGEL, TRUSTEE
                                           SHAW GUSSIS
                                           321 N. CLARK STREET
                                           SUITE 800
                                           CHICAGO, IL 60610
                                           (312) 276-1334

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** | 07-06964 JDS | **Trustee:** | (330720)    RICHARD M. FOGEL, TRUSTEE |
| **Case Name:** | MICHAEL MURRAY | **Filed (f) or Converted (c):** | 04/18/07 (f) |
| | | **§341(a) Meeting Date:** | 05/22/07 |
| **Period Ending:** | 05/02/08 | **Claims Bar Date:** | 11/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - RESIDENCE (u) | 310,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | REAL ESTATE - TWO FLAT<br>*Trustee was authorized to sell estate's interest in<br>over-secured property to co-owner for $7,500, receiving a<br>$1,000 earnest money deposit. Sale failed to close when<br>co-owner's anticipated re-financing with foreclosing lender<br>fell through. Trustee is of the opinion that the costs of suit<br>to compel specific performance and high risk of<br>uncollectibility of judgment against the co-owner, based<br>on review of a personal financial statement, justify<br>abandonment of claims against buyer. | 216,000.00 | 0.00 | DA | 1,000.00 | FA |
| 3 | REAL ESTATE - SINGLE FAMILY (u) | 279,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | BANK ACCOUNTS (u)<br>Debtor Claimed Exemption | 450.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | HOUSEHOLD GOODS (u)<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | WEARING APPAREL (u)<br>Debtor Claimed Exemption | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | INTEREST IN BUSINESS (u)<br>Debtor Claimed Exemption | 1,800.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | CONTINGENT INTEREST IN TRUST (u)<br>Debtor Claimed Exemption | 0.00 | Unknown | | 0.00 | Unknown |

Page: 2

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| **Case Number:** | 07-06964 JDS | **Trustee:** | (330720) | RICHARD M. FOGEL, TRUSTEE |
| **Case Name:** | MICHAEL MURRAY | **Filed (f) or Converted (c):** | 04/18/07 (f) | |
| | | **§341(a) Meeting Date:** | 05/22/07 | |
| **Period Ending:** 05/02/08 | | **Claims Bar Date:** | 11/26/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | VEHICLE #1 (u)<br>Debtor Claimed Exemption | 5,900.00 | 1,000.00 | DA | 0.00 | 1,000.00 |
| 10 | VEHICLE #2 (u) | 9,300.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 3.37 | Unknown |
| 11 | **Assets   Totals** (Excluding unknown values) | **$824,050.00** | **$1,000.00** | | **$1,003.37** | **$1,000.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2008      Current Projected Date Of Final Report (TFR):   June 30, 2008

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 1

| Case Number: | 07-06964 JDS | | Trustee: | RICHARD M. FOGEL, TRUSTEE (330720) |
| Case Name: | MICHAEL MURRAY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-******98-65 - Money Market Account |
| Taxpayer ID #: | 75-6821188 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/02/08 | | Separate Bond: N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/18/08 | | JPMORGAN CHASE BANK | TRANSFER FROM BANK OF AMERICA | 9999-000 | 994.96 | | 994.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.06 | | 995.02 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **995.02** | **0.00** | **$995.02** |
| Less: Bank Transfers | | 994.96 | 0.00 | |
| **Subtotal** | | **0.06** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.06** | **$0.00** | |

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-06964 JDS | Trustee: | RICHARD M. FOGEL, TRUSTEE (330720) |
|---|---|---|---|
| Case Name: | MICHAEL MURRAY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-******98-66 - Checking Account |
| Taxpayer ID #: | 75-6821188 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/02/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

(No Transactions on File for this Period)

| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 3

Case Number:  07-06964 JDS
Case Name:    MICHAEL MURRAY

Taxpayer ID #:   75-6821188
Period Ending:   05/02/08

Trustee:      RICHARD M. FOGEL, TRUSTEE (330720)
Bank Name:    BANK OF AMERICA, N.A.
Account:      ********57 - Money Market Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/07 | {2} | CARMEN FRANCIS AND | EARNEST MONEY DEPOSIT | 1110-000 | 1,000.00 | | 1,000.00 |
| 08/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.03 | | 1,000.03 |
| 09/28/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.63 | | 1,000.66 |
| 10/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.64 | | 1,001.30 |
| 11/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.53 | | 1,001.83 |
| 12/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.48 | | 1,002.31 |
| 01/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.40 | | 1,002.71 |
| 02/04/08 | | Transfer to Acct #4429175790 | Bank Funds Transfer | 9999-000 | | 8.35 | 994.36 |
| 02/29/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.24 | | 994.60 |
| 03/31/08 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 994.84 |
| 04/18/08 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 0.12 | | 994.96 |
| 04/18/08 | | BANK OF AMERICA | TRANSFER TO JPMC | 9999-000 | | 994.96 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 1,003.31 | 1,003.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,003.31 | |
| | | | **Subtotal** | | 1,003.31 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,003.31 | $0.00 | |

{} Asset reference(s)

Printed: 05/02/2008 01:07 PM     V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-06964 JDS
**Case Name:** MICHAEL MURRAY
**Taxpayer ID #:** 75-6821188
**Period Ending:** 05/02/08

**Trustee:** RICHARD M. FOGEL, TRUSTEE (330720)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********90 - Checking - Non Interest
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/08 | | Transfer from Acct #375490 1957 | Bank Funds Transfer | 9999-000 | 8.35 | | 8.35 |
| 02/05/08 | 2001 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 8.35 | 0.00 |

| ACCOUNT TOTALS | | 8.35 | 8.35 | $0.00 |
|---|---|---|---|---|
| Less: Bank Transfers | | 8.35 | 0.00 | |
| Subtotal | | 0.00 | 8.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $8.35 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 0.06 | 0.00 | 995.02 |
| Checking # ***-*****98-66 | 0.00 | 0.00 | 0.00 |
| MMA # *********57 | 1,003.31 | 0.00 | 0.00 |
| Checking # *********90 | 0.00 | 8.35 | 0.00 |
| | $1,003.37 | $8.35 | $995.02 |

{} Asset reference(s)

Printed: 05/02/2008 01:07 PM   V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL MURRAY, | ) | CASE NO. 07-06964 JDS |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>RICHARD M. FOGEL</u> Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 260.14 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ | 0.00 |
| General Unsecured Claims: | $ | 734.88 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 995.02 |

**EXHIBIT D**

<u>**DISTRIBUTION REPORTS**</u>                                                                      **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER   CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $260.14 | 100.00% |

| CLAIM NUMBER   CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|
| RICHARD M. FOGEL, TRUSTEE | 250.84 | 250.84 |
| RICHARD M. FOGEL, TRUSTEE | 9.30 | 9.30 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER   CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1)(B) Domestic Support Obligation | $0.00 | 0.00% |

| CLAIM NUMBER   CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER   CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                    **PAGE 3**

| 6.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER      CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds of $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER      CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER      CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $0.00 | 0.00% |
| **CLAIM NUMBER      CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER      CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                    **PAGE 4**

| 11.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 12.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 13.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 14.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 15.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $49,998.22 | 1.47% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | COMED COMPANY | 224.21 | 3.30 |
| 2 | CHARTER ONE | 49,774.01 | 731.58 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                          **PAGE 5**

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 19. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 20. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                    **PAGE 6**

 

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3 | CARMEN FRANCIS c/o Burton A. Brown 205 W. Wacker Dr., Ste 922 Chicago, IL 60606 | $71,558.11 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

 

Dated: _____         _____
                                                            RICHARD M. FOGEL, TRUSTEE

 

Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
(312)276-1334

 

**EXHIBIT D**