**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL MURRAY | ) | CASE NO. 07-06964 JDS |
| | ) | |
| | ) | JUDGE  JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL

   on:   **June 26, 2008**
   at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                  $           1,003.37

   b. Disbursements                       $                  8.35

   c. Net Cash Available for Distribution     $              995.02

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 250.84 | $ |
| Trustee | $ 0.00 | $ | $ 9.30 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $49,998.22, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.47%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | COMED COMPANY | $ 224.21 | $ 3.30 |
| 2 | CHARTER ONE | $ 49,774.01 | $ 731.58 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
Residential real property (no equity), bank accounts, household goods, wearing apparel, interest in business, contingent interest in trust and motor vehicles (claimed as exempt and/or have inconsequential value)

Dated:   **May 29, 2008**                        For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 1           Date Rcvd: May 29, 2008
Case: 07-06964                 Form ID: pdf002            Total Served: 24

The following entities were served by first class mail on May 31, 2008.
 db          +Michael Murray,    821 Bohannon Cr,    Oswego, IL 60543-6032
 aty         +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
 tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street  Suite 800,
               Chicago, IL 60610-4766
11309486     +Burton A. Brown Law Offices,    205 West Wacker Drive,    Suite 922,    Chicago, IL 60606-1244
11309487     +Capital One,    Box 30285,    Salt Lake City, UT 84130-0285
11309488     +Carmen Francis,    c/o Burton A. Brown,    205 W. Wacker Dr., Ste. 922,    Chicago, IL 60606-1244
11309489     +Carole Murray,    2047 N. 74th Ave.,    Elmwood Park, IL 60707-3139
11309492      Charter One,    Attn:Brenda Moores,    One Citizens Dr RJE 310,    Riverside RI 02915-3019
11343883     +Countrywide Home Loans Inc,    McCalla Raymer et al,    Bankruptcy Dept,    1544 Old Alabama Road,
               Roswell GA 30076-2102
11309494     +Countrywide Home Loans, Inc.,     c/o Pierce & Assoc.,    1 N. Dearborn, Ste. 1300,
               Chicago, IL 60602-4331
11309495     +Deutsche Bank Trust,    c/ol Codilis & Assoc.,    15W030 N. Frontage Rd., Ste. 100,
               Willowbrook, IL 60527-6921
11309496     +ExxonMobil,    PO Box 530962,    Atlanta, GA 30353-0962
11309497     +Francis & Sons Construction Inc.,    C/O Burton A. Brown Law Offices,
               205 West Wacker Drive Suite 922,    Chicago, IL 60606-1244
11309498     +GMAC,     PO Box 3100,    Midland, TX 79702-3100
11441387     +Patricia Francis,    2629 N 73rd Ct,    Elmwood Park IL 60707-1940
11441388     +Patricia Francis,    6N211 Creekside De,    Saint Charles IL 60175-6140
11309501     +Patricia Francis,    C/O Burton A. Brown Law Offices,    205 West Wacker Drive Suite 922,
               Chicago, IL 60606-1244
11937204    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,     DALLAS TX 75235-1655
              (address filed with court:   Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
11309502     +Roy Strom Co.,    1201 Greenwood Ave.,    Maywood, IL 60153-2393
11309503     +Washington Mutual,    PO box 78065,    Phoenix, AZ 85062-8065
11309504     +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411

The following entities were served by electronic transmission on May 30, 2008.
11309493      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com ED,
               Bill Payment Center,    Chicago, IL 60668-0001
11608810     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11309500     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    Box 416,
               Aurora, IL 60568-0001
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11309499       GMAC
 aty*        +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street  Suite 800,
               Chicago, IL 60610-4766
11309491*    +Carole Murray,    2047 N. 74th Ave.,    Elmwood Park, IL 60707-3139
11309490*    +Carole Murray,    2047 N. 74th Ave.,    Elmwood Park, IL 60707-3139
                                                                                             TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2008**          **Signature:** *Joseph Speetjens*